IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | **Docket No.: 19-350-01** |
| **V.** ) | |
| ) | |
| ) | |
| ) | |
| **DONNIE SMITH,** ) | |
|         **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Donnie Smith, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of sentence in this action on the 22nd day of February, 2021.

*/s/ Robert C. Patterson*

Robert C. Patterson, Esquire
Attorney for defendant
3513 Southwood Drive
Easton, Pa. 18045
(610) 253-7858